--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 
 June 4, 2015
 
 

In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 4[th] day of June, 2015.

10-14-00157-CV THOMAS H. SINCLAIR v. ESTATE OF FERNANDO RAMIREZ, AND EVA RAMIREZ, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FERNANDO RAMIREZ, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES - ON APPEAL FROM THE 13[TH] DISTRICT COURT OF NAVARRO COUNTY - TRIAL COURT NO. 10-19633-CV - REVERSED AND RENDERED - Memorandum Opinion by Justice Scoggins:

"This cause came on to be heard on the transcript of the record of the Court below and because it is the opinion of this Court that there was error in the judgment, it is ordered, adjudged and decreed by the Court that because appellees failed to present legally-sufficient causation evidence directly connecting appellant's purported negligence to the decedent's death, the trial court's judgment is reversed and judgment is rendered that appellees take nothing. It is further ordered that appellees pay all costs in this behalf expended, both in this Court and the court below, and that this decision be certified below for observance."